Edward Nathaniel BELL,
Plaintiff–Appellant,

v.

Fred D. HILDEBRAND, Superinten-
dent; P.J. Krieger, Captain of Se-
curity, Defendants–Appellees.

No. 01–6021.

United States Court of Appeals,
Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

Edward Nathaniel Bell, pro se.

Before NIEMEYER, WILLIAMS, and
GREGORY, Circuit Judges.

PER CURIAM.

Edward Bell, a Virginia inmate, appeals
the district court's order denying relief on
his 42 U.S.C.A. § 1983 (West Supp.2000)
complaint under 28 U.S.C.A. § 1915A
(West Supp.2000). We have reviewed the
record and the district court's opinion and
find that this appeal is frivolous. Accord-
ingly, we dismiss the appeal on the reason-
ing of the district court. *See Bell v. Hilde-
brand,* No. CA–00–637–7 (W.D.Va. filed
Dec. 11, 2000; entered Dec. 12, 2000). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*

■

Donald Parie BROWER,
Plaintiff–Appellant,

v.

James M. TURPIN, Defendant–
Appellee.

No. 01–6048.

United States Court of Appeals,
Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

Donald Parie Brower, pro se.

Before NIEMEYER, WILLIAMS, and
GREGORY, Circuit Judges.

PER CURIAM.

Donald Parie Brower appeals the dis-
trict court's order denying relief on his 42
U.S.C.A. § 1983 (West Supp.2000) com-
plaint. We have reviewed the record and
the district court's opinion and find no
reversible error. Accordingly, we affirm
on the reasoning of the district court. *See
Brower v. Turpin,* No. CA–00–510–5–F
(E.D.N.C. July 14, 2000). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*